UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNNY TORRES,

       Plaintiff,

v.                                    Case No: 6:13-cv-141-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed Without Prepayment of Fees construed as a motion to proceed in forma pauperis (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED** and the complaint is **DISMISSED** without prejudice. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this _27_ day of March, 2013.

                                                      G. KENDALL SHARP
                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties